IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENDALL G. GREEN** | : | CIVIL ACTION |
| *Plaintiff, pro se* | : | |
| | : | NO. 21-1752 |
| **v.** | : | |
| | : | |
| **INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS** | : | |
| | : | |
| | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 7th day of February 2023, upon consideration of the *motion for summary judgment* filed by Defendant International Association of Machinists and Aerospace Workers, [ECF 22], the response in opposition filed by Plaintiff Kendall G. Green, [ECF 23], Defendant's reply, [ECF 26], and Plaintiff's sur-reply, [ECF 27], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendant's motion for summary judgment is **GRANTED**. Accordingly, **JUDGMENT** is entered in favor of Defendant International Association of Machinists and Aerospace Workers and against Plaintiff Kendall G. Green.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*